UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**UNITED STATES OF AMERICA,**
         Appellee

V.                                              Appeal No.: 24-3062

**JOAN BELL,**
         Appellant

**TRANSCRIPT STATUS REPORT**

    Appellant, by and through counsel, notes that all transcripts necessary for preparation of the appeal have been received.

    Respectfully submitted,

    _____/s/_____
    Steven R. Kiersh#323329
    5335 Wisconsin Avenue, N.W.
    Suite 440
    Washington, D.C. 20015
    (202) 997-1125

    Counsel for Appellant

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and accurate copy of the foregoing was served on this the 30th day of November, 2024 upon all counsel of record via ECF.

_____/s/_____
Steven R. Kiersh